

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00145-CV

GUARDIANSHIP OF IRMA N. COOPER, AN INCAPACITATED PERSON

§ On Appeal from Probate Court No. 2

§ of Tarrant County (2015-GD00081-2)

§ July 18, 2019

§ Per Curiam

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM